# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**GREGORY BASS,**
       Plaintiff,

   v.

**FRANK LACONETTI, SHAREEFAH WOODARD, AND WHOLE FOODS MARKET**

       Defendants.

**ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES**

Case Number: **09-4952 (FSH)**

Having considered the application to proceed without prepayment of fees under 28 U.S.C.§ 1915;

IT IS ORDERED that the application is:

☑ **GRANTED,** and

   ☑ The Clerk is directed to file the complaint, and

   ☐ IT IS FURTHER ORDERED that the clerk issue summons and the United States Marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐ **DENIED,** for the following reasons:

_____

_____

   ☐ and the Clerk is directed to close the file.

Plaintiff may submit a filing fee of $350.00 within 30 days from the date of this order to reopen this case.

ENTERED this _____1st_____ day of _____OCTOBER_____, 2009.

_____
Signature of Judicial Officer

_____Hon. Faith S. Hochberg, USDJ_____
Name and Title of Judicial Officer